UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICHARD CANTILLO,

                              Plaintiff,

              -against-

DEPT OF CORRECTIONS, et al.,

                              Defendants.

1:24-CV-5277 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated October 25, 2024, the Court granted Plaintiff 60 days' leave to file an amended complaint. (ECF 7.) That order specified that failure to comply within the time allowed would result in dismissal of this action; the Court would dismiss Plaintiff's claims under 42 U.S.C. § 1983 for failure to state a claim on which relief may be granted, and would decline to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. (*Id.*) Plaintiff has not filed an amended complaint. Accordingly, the Court dismisses this action; the Court dismisses Plaintiff's claims under Section 1983 for failure to state a claim on which relief may be granted, *see* 28 U.S.C. § 1915(e)(2)(B)(ii), and declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law, *see* 28 U.S.C. § 1367(c)(3).

The Court certifies, under 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter a judgment dismissing this action for the reasons set forth in the Court's October 25, 2024 order and in this order.

SO ORDERED.

Dated:   February 5, 2025
         New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge